Monte J. White & Associates, PC
Monte J. White
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
ecfabilene@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
Melville Arthur Moulton           § CASE NO. 12-10087-RLJ-13
                                  §
                                  § HEARING DATE: 10/30/2013
DEBTOR(s)                         § HEARING TIME: 11:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 09/06/2013

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  3/21/2012

2. Date of Section 341 Meeting: 5/4/2012

3. First Payment Date:  4/20/2012

4. Date of Confirmation: 6/12/2012

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   18

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 42

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 10/20/2013

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $10,625.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:   $10,625.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $625.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC 1/24/2012

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__x____   Plan payments remain at $625.00 month.

Any arrears indicated in item 8 above shall be cured by the following method: N/A

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $625.00 will resume on or before 10/20/2013 for 42 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount remains the same in the amount of $37,500.00

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| Code | Name | Class | Amount | Collateral | Value | Interest | Treatment |
|---|---|---|---|---|---|---|---|
| CT | S-First State Bank | | | 2004 Coyote Tractor | $1,800.00 | | Surrender in full satisfaction of debt |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): Debtor wishes to surrender the tractor to First State Bank.

VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

N/A

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation has been served by me on 09/06/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10087-rlj13<br>Northern District of Texas<br>Abilene<br>Fri Sep  6 12:03:00 CDT 2013 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| CAPITAL ONE BANK -USA, N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | Chase<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Chela-Sallie Mae<br>Attn: Claims Department<br>PO Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Compass Bank<br>Attn: Bankruptcy<br>401 W. Valley Ave<br>Birmingham, AL 35209-4800 | Compass Bank<br>P.O. Box 10566<br>Birmingham, AL 35296-0001 | Compass Bank -Secured Department<br>CO Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| (p)COMPASS BANK<br>AL BI-HW REC<br>PO BOX 10566<br>BIRMINGHAM AL 35296-0002 | Cottonwood Financial Texas, LP<br>1901 Gateway Drive<br>Suite 200<br>Irving, TX 75038-2425 | Edna A. Moulton<br>6941 A Hwy 83<br>Ovalo, TX 79541-2319 |
| First State Bank<br>441 Grahan St.<br>Tuscola, Tx 79562-2225 | Gemb-JC Penny<br>Attention:  Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601-2432 |
| Hsbc Bank<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197-5213 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Main Street Acquisition Corp., assignee<br>of CHASE BANK USA, N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Melville Arthur Moulton<br>6941 A Hwy 83<br>Ovalo, TX 79541-2319 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 |
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Sallie Mae PC Trust<br>CO Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 | Sams Club - GEMB<br>Attention:  Bankruptcy Department<br>PO box 103104<br>Roswell, GA 30076-9104 | Sears-cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| Taylor CAD<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 | (p)COTTONWOOD FINANCIAL DBA THE CASH STORE AN<br>1901 GATEWAY DRIVE<br>SUITE 200<br>IRVING TX 75038-2425 |

```
(p)US BANK                          Wells Fargo                          Wells Fargo Bank, N.A.
PO BOX 5229                         P.O. Box 54349                       100 W Washington Street
CINCINNATI OH 45201-5229            Los Angelos, California 90054-0349   Phoenix, AZ 85003-1828
                                                                         S4101-08C


Wells Fargo Bank, N.A., dba Wells Fargo Deal   Wfs Financial-Wachovia Dealer Services   Pamela Jean Chaney
P.O. Box 19657                                 PO Box 3569                               Monte J. White & Associates, P.C.
Irvine, CA 92623-9657                          Rancho Cucamonga, CA 91729-3569           American State Building
                                                                                         402 Cypress, Ste. 310
                                                                                         Abilene, TX 79601-5151


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Compass Bank Visa                   Internal Revenue Service             Michael Reed
2009 Beltline Parkway               PO Box 21126                         McCreary Veselka, Bragg & Allen P.C.
Decatur, AL 35603                   Philadelphia, PA 19114               PO Box 1269
                                                                         Round Rock, TX 78680


Portfolio Recovery Associates, LLC  (d)Portfolio Recovery Associates, LLC  (d)Portfolio Recovery Associates, LLC
CO Jc Penney                        CO Sams Club                           CO Sears Premier Card
POB 41067                           PO Box 41067                           PO Box 41067
Norfolk VA 23541                    Norfolk VA 23541                       Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC   The Cash Store                   US BANK N.A.
c/o Sears Premier Card                  4245 Southwest Dr.               BANKRUPTCY DEPARTMENT
POB 41067                               Abilene, TX 79606                P.O. BOX 5229
Norfolk VA 23541                                                         CINCINNATI, OH 45201-5229


(d)Us Bank
Po Box 5227
Cincinnati, OH 45201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Compass Bank -Secured Department   (d)PRA Receivables Management, LLC   (d)Taylor CAD
                                      POB 41067                            co Michael Reed
                                      Norfolk, VA 23541-1067               P.O. Box 1269
                                                                           Round Rock, TX 78680-1269
```

(d)Melville Arthur Moulton
6941 A Hwy 83
Ovalo, TX 79541-2319

End of Label Matrix
Mailable recipients    36
Bypassed recipients     4
Total                  40