Monte J. White & Associates
Larry Lewis
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
(325) 672-9227 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  12-10087-RLJ-13 |
| | § |
| Melville Arthur Moulton | § |
| | § JUDGE ROBERT L. JONES |
| | § |
| | § HEARING DATE: 10/30/2013 |
| DEBTOR | § HEARING TIME: 11:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 10/30/2013, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M., a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 2201, U.S. Courthouse,  3rd AND PINE STREET, ABILENE, Texas, 79604. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30  A.M. prior to the above hearing time at the following location. 3rd AND PINE STREET, ABILENE, Texas, 79604. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 09/06/2013, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1205 TEXAS AVENUE, #306, LUBBOCK, TEXAS,

79401, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

## CERTIFICATE OF SERVICE

      I certify that a true copy of the above and foregoing Notice of Hearing and Pre-Hearing Conference has been served by me on 09/06/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

                                                /s/Monte J. White
                                                Attorney for Debtor(s)

```
Label Matrix for local noticing          United States Trustee               306 Federal Building
0539-1                                   1100 Commerce Street                1205 Texas Avenue
Case 12-10087-rlj13                      Room 976                            Lubbock, TX 79401-4037
Northern District of Texas               Dallas, TX 75242-0996
Abilene
Fri Sep  6 12:03:00 CDT 2013

CAPITAL ONE BANK -USA, N.A.              Chase                               Chela-Sallie Mae
PO Box 12907                             P.o. Box 15298                      Attn: Claims Department
Norfolk VA 23541-0907                    Wilmington, DE 19850-5298           PO Box 9500
                                                                             Wilkes-Barre, PA 18773-9500


Compass Bank                             Compass Bank                        Compass Bank -Secured Department
Attn: Bankruptcy                         P.O. Box 10566                      CO Ascension Capital Group
401 W. Valley Ave                        Birmingham, AL 35296-0001           P.O. Box 201347
Birmingham, AL 35209-4800                                                    Arlington, TX 76006-1347


(p)COMPASS BANK                          Cottonwood Financial Texas, LP      Edna A. Moulton
AL BI-HW REC                             1901 Gateway Drive                  6941 A Hwy 83
PO BOX 10566                             Suite 200                           Ovalo, TX 79541-2319
BIRMINGHAM AL 35296-0002                 Irving, TX 75038-2425


First State Bank                         Gemb-JC Penny                       Hendrick Medical Center
441 Grahan St.                           Attention: Bankruptcy               Collection Department
Tuscola, Tx 79562-2225                   PO Box 103104                       1900 Pine Street
                                         Roswell, GA 30076-9104              Abilene, Texas 79601-2432


Hsbc Bank                                Internal Revenue Service            (p)INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY                         1100 Commerce                       CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 5213                              MC 5029 DAL                         PO BOX 7346
Carol Stream, IL 60197-5213              Dallas, TX 75242-1100               PHILADELPHIA PA 19101-7346


Main Street Acquisition Corp., assignee  Melville Arthur Moulton             (p)MICHAEL REED OR LEE GORDON
of CHASE BANK USA, N. A.                 6941 A Hwy 83                       PO BOX 1269
c o Becket and Lee LLP                   Ovalo, TX 79541-2319                ROUND ROCK TX 78680-1269
POB 3001
Malvern, PA 19355-0701


Monte J. White & Associates, P.C.        PRA Receivables Management, LLC     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
402 Cypress, Suite 310                   POB 41067                           PO BOX 41067
Abilene, TX 79601-5151                   NORFOLK, VA 23541-1067              NORFOLK VA 23541-1067


Sallie Mae PC Trust                      Sams Club - GEMB                    Sears-cbna
CO Sallie Mae Inc.                       Attention: Bankruptcy Department    Po Box 6282
220 Lasley Ave                           PO box 103104                       Sioux Falls, SD 57117-6282
Wilkes-Barre, PA 18706-1496              Roswell, GA 30076-9104


Taylor CAD                               Taylor Co. Central Appraisal District  (p)COTTONWOOD FINANCIAL DBA THE CASH STORE AN
co Michael Reed                          1534 South Treadaway Blvd           1901 GATEWAY DRIVE
P.O. Box 1269                            Abilene, TX 79602-4927              SUITE 200
Round Rock, TX 78680-1269                                                    IRVING TX 75038-2425
```

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Wells Fargo<br>P.O. Box 54349<br>Los Angelos, California 90054-0349 | Wells Fargo Bank, N.A.<br>100 W Washington Street<br>Phoenix, AZ 85003-1828<br>S4101-08C |
| Wells Fargo Bank, N.A., dba Wells Fargo Deal<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Wfs Financial-Wachovia Dealer Services<br>PO Box 3569<br>Rancho Cucamonga, CA 91729-3569 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Compass Bank Visa<br>2009 Beltline Parkway<br>Decatur, AL 35603 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 1269<br>Round Rock, TX 78680 |
| Portfolio Recovery Associates, LLC<br>CO Jc Penney<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>CO Sams Club<br>PO Box 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>CO Sears Premier Card<br>PO Box 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Sears Premier Card<br>POB 41067<br>Norfolk VA 23541 | The Cash Store<br>4245 Southwest Dr.<br>Abilene, TX 79606 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 |
| (d)Us Bank<br>Po Box 5227<br>Cincinnati, OH 45201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Compass Bank -Secured Department | (d)PRA Receivables Management, LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | (d)Taylor CAD<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |

```
(d)Melville Arthur Moulton           End of Label Matrix
6941 A Hwy 83                        Mailable recipients    36
Ovalo, TX 79541-2319                 Bypassed recipients     4
                                     Total                  40
```