Monte J. White & Associates
Larry Lewis
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
(325) 672-9227 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  12-10087-RLJ-13 |
| | § |
| Melville Arthur Moulton | § |
| | § JUDGE ROBERT L. JONES |
| | § |
| | § HEARING DATE: 10/28/2013 |
| DEBTOR | § HEARING TIME: 11:00 A.M. |

AMENDED NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 10/28/2013, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M., a HEARING on the  "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 2201, U.S. Courthouse,  3rd AND PINE STREET, ABILENE, Texas, 79604. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30  A.M. prior to the above hearing time at the following location. 3rd AND PINE STREET, ABILENE, Texas, 79604. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 09/06/2013, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under

the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1205 TEXAS AVENUE, #306, LUBBOCK, TEXAS, 79401, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

## CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Notice of Hearing and Pre-Hearing Conference has been served by me on 09/17/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10087-rlj13<br>Northern District of Texas<br>Abilene<br>Fri Sep  6 12:03:00 CDT 2013 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| CAPITAL ONE BANK -USA, N.A.<br>PO Box 12907<br>Norfolk VA 23541-0907 | Chase<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Chela-Sallie Mae<br>Attn: Claims Department<br>PO Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| Compass Bank<br>Attn: Bankruptcy<br>401 W. Valley Ave<br>Birmingham, AL 35209-4800 | Compass Bank<br>P.O. Box 10566<br>Birmingham, AL 35296-0001 | Compass Bank -Secured Department<br>CO Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| (p)COMPASS BANK<br>AL BI-HW REC<br>PO BOX 10566<br>BIRMINGHAM AL 35296-0002 | Cottonwood Financial Texas, LP<br>1901 Gateway Drive<br>Suite 200<br>Irving, TX 75038-2425 | Edna A. Moulton<br>6941 A Hwy 83<br>Ovalo, TX 79541-2319 |
| First State Bank<br>441 Grahan St.<br>Tuscola, Tx 79562-2225 | Gemb-JC Penny<br>Attention:  Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601-2432 |
| Hsbc Bank<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197-5213 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Main Street Acquisition Corp., assignee<br>of CHASE BANK USA, N. A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Melville Arthur Moulton<br>6941 A Hwy 83<br>Ovalo, TX 79541-2319 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 |
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | PRA Receivables Management, LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Sallie Mae PC Trust<br>CO Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1496 | Sams Club - GEMB<br>Attention:  Bankruptcy Department<br>PO box 103104<br>Roswell, GA 30076-9104 | Sears-cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 |
| Taylor CAD<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 | (p)COTTONWOOD FINANCIAL DBA THE CASH STORE AN<br>1901 GATEWAY DRIVE<br>SUITE 200<br>IRVING TX 75038-2425 |

```
(p)US BANK                              Wells Fargo                             Wells Fargo Bank, N.A.
PO BOX 5229                             P.O. Box 54349                          100 W Washington Street
CINCINNATI OH 45201-5229                Los Angelos, California 90054-0349      Phoenix, AZ 85003-1828
                                                                                S4101-08C


Wells Fargo Bank, N.A., dba Wells Fargo Deal   Wfs Financial-Wachovia Dealer Services   Pamela Jean Chaney
P.O. Box 19657                          PO Box 3569                             Monte J. White & Associates, P.C.
Irvine, CA 92623-9657                   Rancho Cucamonga, CA 91729-3569         American State Building
                                                                                402 Cypress, Ste. 310
                                                                                Abilene, TX 79601-5151


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Compass Bank Visa                       Internal Revenue Service                Michael Reed
2009 Beltline Parkway                   PO Box 21126                            McCreary Veselka, Bragg & Allen P.C.
Decatur, AL 35603                       Philadelphia, PA 19114                  PO Box 1269
                                                                                Round Rock, TX 78680


Portfolio Recovery Associates, LLC      (d)Portfolio Recovery Associates, LLC   (d)Portfolio Recovery Associates, LLC
CO Jc Penney                            CO Sams Club                            CO Sears Premier Card
POB 41067                               PO Box 41067                            PO Box 41067
Norfolk VA 23541                        Norfolk VA 23541                        Norfolk VA 23541


(d)Portfolio Recovery Associates, LLC   The Cash Store                          US BANK N.A.
c/o Sears Premier Card                  4245 Southwest Dr.                      BANKRUPTCY DEPARTMENT
POB 41067                               Abilene, TX 79606                       P.O. BOX 5229
Norfolk VA 23541                                                                CINCINNATI, OH 45201-5229


(d)Us Bank
Po Box 5227
Cincinnati, OH 45201
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Compass Bank -Secured Department     (d)PRA Receivables Management, LLC      (d)Taylor CAD
                                        POB 41067                               co Michael Reed
                                        Norfolk, VA 23541-1067                  P.O. Box 1269
                                                                                Round Rock, TX 78680-1269
```

```
(d)Melville Arthur Moulton          End of Label Matrix
6941 A Hwy 83                       Mailable recipients    36
Ovalo, TX 79541-2319                Bypassed recipients     4
                                    Total                  40
```