

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 30, 2013**

United States Bankruptcy Judge

_____

MOD1 0013.000276

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 12-10087-RLJ-13 |
| MELVILLE ARTHUR MOULTON | DATED: October 28, 2013 |
| | ATTORNEY: MONTE J WHITE & ASSOCIATES PC |
| | HEARING DATE: 10/28/2013 |

**ORDER APPROVING MODIFIED PLAN AND LIMITING NOTICE**

On this day came on for consideration the "Modification of Plan After Confirmation and Order Limiting Notice" dated 9/6/2013. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be APPROVED.

**IT IS THEREFORE ORDERED** that the Modified Plan dated 9/6/2013 be and the same is hereby APPROVED, as stated below:

The 2004 Coyote Tractor is surrendered to First State Bank for full satisfaction of debt
Debtor attorney is allowed $400.00 for this modificaiton, to be paid through the plan.

**IT IS FURTHER ORDERED** that 25 days written Notice to the Debtor(s), Attorney for Debtor(s), the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #

 /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424